# United States District Court
# Central District of California

| | |
|---|---|
| CARMEN JOHN PERRI,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>XM WIRELESS, INC; and DOES 1-10, inclusive,<br><br>　　　　Defendants. | Case № 2:18-cv-04773-ODW (PJWx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE** |

| | |
|---|---|
| 1 | The Court, having considered Plaintiff's Notice of Voluntary Dismissal With |
| 2 | Prejudice Pursuant to Rule 41 of the Federal Rules of Civil Procedure, hereby |
| 3 | dismisses with prejudice Plaintiff's Complaint in the above-entitled action. Each |
| 4 | party shall bear its own costs and attorneys' fees. The Court **VACATES** all dates and |
| 5 | deadlines. The Clerk of the Court shall close the case. |

**IT IS SO ORDERED.**

November 7, 2018

_____
**OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE**